UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROC NATION LLC, *a Delaware Limited Liability Company*,

                    Plaintiff,

-v-

HCC INTERNATIONAL INSURANCE COMPANY, PLC, *a United Kingdom-Domiciled Insurance Company*,

                    Defendant.

19 Civ. 554 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed plaintiff Roc Nation's letters, Dkts. 56, 58, and defendant HCC's letters, Dkts. 53, 57, regarding recent discovery disputes. These disputes concern the adequacy of Roc Nation's compliance with HCC's requests for production and the propriety of HCC's issuance of third-party subpoenas. In evaluating these disputes, the Court has assumed arguendo that Roc Nation has standing to challenge the third-party subpoenas.

The Court rules for HCC as to both issues. The Court finds HCC's demands for production to seek, in general, relevant material. And the Court finds HCC's third-party subpoenas proper. Roc Nation therefore may not resist compliance with these subpoenas on these grounds. The Court's denial of Roc Nation's objections is, of course, without prejudice to Roc Nation's rights, at summary judgment, to argue that the materials produced in response to such subpoenas are irrelevant or of limited probative value.

In so ruling, the Court has not passed judgment on the tailoring of particular demands for production. The Court's judgment is that, having disposed of Roc Nation's broad objections, it is proper for counsel now to meet and confer as to such particulars. The Court expects counsel,

acting collegially and in good faith as professionals, to resolve these issues without the need to seek judicial intervention.

The Court respectfully requests that the Clerk of the Court terminate the motions pending at Dockets 53 and 56.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 13, 2019
      New York, New York