

**Amber S. Finch**
Direct Phone: +1 213 457 8046
Email: afinch@reedsmith.com

355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

March 9, 2020

**VIA ECF Filing**

Hon Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square; Courtroom 1305
New York, NY 10007

Re: *Roc Nation, LLC v. HCC International Insurance Company, PLC*; Case No.: 1-19-cv-00554

Dear Judge Engelmayer:

      Please accept this as a joint correspondence from counsel in this matter regarding an urgent request for a telephonic status conference to discuss an adjustment to the schedule of fact depositions. In particular, the parties and their counsel write to request an adjustment to the schedule and method of the remaining depositions in this case given the need for extensive international and trans-continental travel in the midst of the unfolding Coronavirus crisis. The parties are seeking a reasonable 30-day extension of time to complete discovery given the uncertainties posed by this developing crisis. Further, plaintiffs request an order that all future depositions in this case must proceed via video to avoid potential exposure to the virus, including as a result of a lawyer's travel. Defendant has no objection to such an order in principle but seeks guidance from the court as to the parameters of such video depositions particularly whether witnesses or their counsel could decline to allow in-person appearance by opposing counsel or representatives. Over the weekend, the Center for Disease Control issued guidelines for older adults to avoid crowds and long plane trips. Both California and New York have declared a State of Emergency, and the mayor of New York has urged New Yorkers to work from home. In this case, the parties have noticed approximately 19 depositions including parties' representatives and several third-parties, in New York, Los Angles, Boston, Minneapolis and London. Each deposition would require extensive transcontinental or international travel by one, or both parties' counsel. For these reasons, the parties request a telephonic conference with your Honor to discuss adjustments to the current fact deposition schedule as soon as possible so that we can advise the deponents and court reporters of a new court-approved plan.

      Thank you for your time and attention in this matter.

Very truly yours,

*/s/ Amber S. Finch*
Amber S. Finch

The request for a 30-day extension is granted.  The Court also grants the parties leave to conduct depositions via video conference, if needed.  The Court declines to hold a conference at this time, but expects that counsel will work collegially to determine, on a deposition-by-deposition basis, whether the benefits of in-person appearances by opposing counsel are outweighed by the risks.

    SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

March 10, 2020