UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

ROC NATION LLC, *a Delaware Limited Liability Company*,

                         Plaintiff,

-v-

HCC INTERNATIONAL INSURANCE COMPANY, PLC, *a United Kingdom-Domiciled Insurance Company*,

                         Defendant.

19 Civ. 554 (PAE)

ORDER

------

PAUL A. ENGELMAYER, District Judge:

        The Court has received the parties' letters relating to the latest discovery dispute. *See* Dkts. 88–91. Mr. Carberry's letter, filed on behalf of Andrew D. Kupinse, indicates that it has three attached exhibits. Dkt. 88 at 1 (describing Exhibits A, B, and C). These exhibits were not filed on ECF. Please file these exhibits no later than Monday, March 23, 2020, so the Court can resolve promptly this dispute.

        SO ORDERED.

                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: March 20, 2020
        New York, New York