UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROC NATION LLC, *a Delaware Limited Liability Company*,

                                          Plaintiff,

                    -v-

HCC INTERNATIONAL INSURANCE COMPANY, PLC, *a United Kingdom-Domiciled Insurance Company*,

                                          Defendant.

---

19 Civ. 554 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 29, 2020, HCC filed a motion requesting the issuance of letters rogatory. Dkt. 119.  Roc Nation's response to this request, if any, is due June 3, 2020.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: June 1, 2020
       New York, New York