UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROC NATION LLC, *a Delaware Limited Liability Company*,

                                    Plaintiff,

-v-

HCC INTERNATIONAL INSURANCE COMPANY, PLC, *a United Kingdom-Domiciled Insurance Company*,

                                      Defendant.

19 Civ. 554 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 27, 2020, HCC requested leave to file an under-seal letter, and attached exhibits, raising a discovery dispute. Dkts. 116–17. On May 29, 2020, the Court denied HCC's request for such leave and ordered HCC to re-file narrowly tailored redactions by June 2, 2020. *See* Dkt. 118. For avoidance of doubt, Roc Nation's response to HCC's discovery dispute letter, if any, will be due three business days following the re-filing of HCC's documents, *i.e.*, Friday, June 5, 2020.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: June 1, 2020
       New York, New York