UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROC NATION LLC,

Plaintiff,

-v-

HCC INTERNATIONAL INSURANCE COMPANY, PLC,

Defendant.

19 Civ. 554 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' pre-motion letters. Dkts. 139, 141–42. The case management conference scheduled for June 29, 2020 at 2 p.m. will serve as a pre-motion conference. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: June 17, 2020
New York, New York