UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROC NATION LLC, *a Delaware Limited Liability Company*,

                           Plaintiff,

                -v-

HCC INTERNATIONAL INSURANCE COMPANY, PLC, *a United Kingdom-Domiciled Insurance Company*,

                           Defendant.

19 Civ. 554 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As discussed in today's conference, the Court sets the following deadlines for the parties' anticipated cross-motions for partial summary judgment:

- The joint statement of facts is due July 20, 2020;
- HCC's brief in support of its motion for partial summary judgment is due August 10, 2020;
- Roc Nation's brief in support of its motion for partial summary judgment and in opposition to HCC's motion is due August 31, 2020;
- HCC's brief containing its reply and opposition to Roc Nation's motion is due September 14, 2020; and
- Roc Nation's reply brief is due September 28, 2020.

For avoidance of doubt, the deadlines for the joint pretrial order, proposed *voir dire*, proposed jury instructions, and motions *in limine* are adjourned *sine die*.

SO ORDERED.

$\underline{\qquad\textit{Paul A. Engelmayer}\qquad}$
PAUL A. ENGELMAYER
United States District Judge

Dated: June 29, 2020
      New York, New York