UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROC NATION LLC,

                        Plaintiff,

          -v-

HCC INTERNATIONAL INSURANCE
COMPANY, PLC,

                       Defendant.

19 Civ. 554 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

It has come to the Court's attention that certain pages of deposition testimony cited in HCC's briefs and Local Rule 56.1 statement were omitted in the cited exhibits. Specifically, it appears that each of HCC Exhibits I, M, O, and P are missing the last page cited. HCC is directed to file forthwith complete copies of each of those exhibits on the docket, and is permitted to do so under seal.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: February 23, 2021
       New York, New York